**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                      )<br>                  Plaintiff,         )<br>                                                      )<br>vs.                                                )<br>                                                      )<br>Kristy Star Davis,                       )<br>                                                      )<br>                  Defendant.     )<br>_____) | CR-10-1549-PHX-GMS (MHB)<br><br>**ORDER** |

A pretrial revocation hearing on the petition on violation of release conditions was held on June 18, 2013.

**THE COURT FINDS** that Defendant knowingly, intelligently, and voluntarily waives her right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of her release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release.

///

///

///

///

///

1 **IT IS ORDERED** that Defendant shall be detained pending further order of
2 the court.
3  DATED this 18th day of June, 2013.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge